United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS DER-HACOPIAN,<br>Plaintiff,<br>v.<br>DARKTRACE, INC.,<br>Defendant. | Case No. 18-cv-06726-HSG<br><br>**SCHEDULING ORDER**<br><br>Re: Dkt. No. 37 |

The parties submitted a proposed schedule on February 27, 2019, *see* Dkt. No. 37, following an initial case management conference on February 12, *see* Dkt. No. 35. Having considered the parties' proposed schedule, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Date |
|---|---|
| Mediation | April 24, 2019 |
| Joint Report on Status of Mediation | May 6, 2019 |
| Phase I Fact Discovery Deadline | August 29, 2019 |
| Class Certification Expert Disclosure Deadline | September 26, 2019 |
| Class Certification Expert Deposition Deadline | October 31, 2019 |
| Class Certification Motion Deadline | November 21, 2019 |
| Deadline for Opposition to Class Certification Motion | December 19, 2019 |
| Deadline for Reply to Opposition to Class Certification Motion | January 16, 2020 |
| Class Certification Motion Hearing | January 30, 2020<br>2:00 p.m. |

The Court adopted the parties' proposed schedule, except for the proposed August 29 deadline for hearings on Phase I discovery motions. The Court advises the parties that they must identify and raise any discovery disputes early enough so that they can be resolved in time to meet the August 29 discovery cutoff.

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order. This order terminates Dkt. No. 37.

**IT IS SO ORDERED.**

Dated:

                            HAYWOOD S. GILLIAM, JR.
                            United States District Judge