Michele Ballard Miller (SBN 104198)
MBMiller@cozen.com
Cozen O'Connor
101 Montgomery Street, Suite 1400
San Francisco, California 94104
Tel: (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
DARKTRACE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS DER-HACOPIAN, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

DARKTRACE, INC.,

Defendant.

Case No.: 4:18-cv-06726-HSG

**DEFENDANT'S SUBSTITUTION OF ATTORNEY**; ORDER

PLEASE TAKE NOTICE, and subject to approval of this Court, that party(ies) substitute Michele Ballard Miller/Miller Law Group as counsel of record in place of Michele Ballard Miller/Cozen O'Connor in the above-captioned matter.

Withdrawing counsel for Party(ies) are:

Michele Ballard Miller
505 Sansome Street, Suite 1701
San Francisco, CA 94104
Tel: (415) 464-4300
Fax (415) 464-4336
Email: mbm@millerlawgroup.com

All pleadings, orders, and notices should henceforth be served upon the following substituted counsel for Party(ies):

Michele Ballard Miller
Cozen O'Connor
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Tel: (415) 464-4300
Fax (415) 464-4336
Email: MBMiller@cozen.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: 4th Sept. 2019

DARKTRACE, INC.
By: _____
Stuart Schussel

Dated: 9-6-19

MILLER LAW GROUP
By: _____
Michele Ballard Miller

Dated: 9-6-19

COZEN O'CONNOR
By: _____
Michele Ballard Miller

I hereby attest that I obtained concurrence in the filing of this document from each of the above signatories on this document filed electronically with the Court.

Dated: 9-6-19

COZEN O'CONNOR
By: _____
Michele Ballard Miller

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: 10/8/2019

*Haywood S. Gilliam Jr.*
USDC Judge Haywood S. Gilliam, Jr.

COZEN O'CONNOR
101 Montgomery St, Suite 1400
San Francisco, CA 94104