David M. Marco
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:(312) 546-6539
Facsimile: (312) 602-3911
dmarco@smithmarco.com
Attorney for Plaintiff
**Admitted Pro Hac Vice**

Michele Ballard Miller
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco CA 94104
Phone:  (415) 262 8301
Fax:    (415) 671-6589
mbmiller@cozen.com
Attorney for Defendant Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **NICHOLAS DER-HACOPIAN**, **On behalf of himself and all others similarly situated,** Plaintiff, vs. **DARKTRACE, INC.,** Defendant. | CASE NO.: **4:18-cv-06726-HSG** **JOINT STATEMENT REVISED SETTLEMENT AGREEMENT** |

Pursuant to this Court's Order dated March 31, 2020, the Parties to the above-captioned matter provide the following Joint Statement to the Court:

1. On February 13, 2020, this Court held a hearing on Plaintiff's unopposed motion for preliminary approval of the parties' class action settlement. (*See* Dkt. # 48). Thereafter, this Court reviewed the parties' settlement agreement (Dkt. 47-1) and raised some concerns regarding the scope of the release of claims.

2. Specifically, this Court has raised the concern that the settlement agreement as originally drafted, and submitted with Plaintiff's unopposed motion for preliminary approval of the parties' class action settlement, could serve to "prevent class members from bringing an action against Defendant for conduct unrelated to the factual allegations in this case..." (Dkt. # 52).

3. To obviate this issue, the parties have agreed to narrow the scope of the release.

4. Plaintiff's First Amended Complaint (Dkt. # 23) alleged, *inter alia*, that Defendant violated the Fair Credit Reporting Act by: (i) Including extraneous language in the authorization form it required employment applicants to sign authorizing a background check, in violation of 15 U.S.C. § 1681b(b)(2)(A)(i); and, (ii) failing to provide prospective employees with a copy of the consumer report and failing to provide a written statement of his or her rights under the FCRA prior to taking adverse action against him or her, in violation of 15 U.S.C. §§ 1681b(b)(3)(A)(i) & (ii).

5. The settlement agreement attached to Plaintiff's unopposed motion for preliminary approval of the parties' class action settlement referenced a release of all claims under Sections 1681b(b)(2) and 1681b(b)(3).

6. The parties have revised the settlement agreement to reflect a release of claims limited to Sections 1681b(b)(2)(A)(i) and 1681b(b)(3)(A)(i) & (ii). The revised Settlement Agreement and revised Notice of Settlement are attached hereto as **Exhibits A** and **B**, respectively.

Respectfully submitted this 14th day of April, 2020

By: <u>s/David M. Marco</u>
David M. Marco
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone: (312) 546-6539
Facsimile: (312) 602-3911
dmarco@smithmarco.com
Attorney for Plaintiff
Admitted Pro Hac Vice

By: <u>s/ Michele Ballard Miller</u>
Michele Ballard Miller
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco CA 94104
Phone: (415) 262 8301
Fax: (415) 671-6589
mbmiller@cozen.com
Attorney for Defendant

Filed electronically on this 14th day of April, 2020, with USDC ECF

Notification sent electronically to:

Michele Ballard Miller
Cozen O'Connor
mbmiller@cozen.com
Attorney for Defendant

Stephanie Tatar
Tatar Law Firm APC
stephanie@thetatarlawfirm.com
Attorney for Plaintiff

Larry Smith
SmithMarco, P.C.
lsmith@smithmarco.com

Case 4:18-cv-06726-HSG    Document 53    Filed 04/14/20    Page 4 of 4

| | |
|---|---|
| 1 | Attorney for Plaintiff |
| 2 | Admitted Pro Hac Vice |
| 3 | |
| 4 | James Francis |
|   | Francis & Mailman, P.C. |
| 5 | jfrancis@consumerlawfirm.com |
|   | Attorney for Plaintiff |
| 6 | Admitted Pro Hac Vice |
| 7 | |
| 8 | Lauren Brennan |
|   | Francis & Mailman, P.C. |
| 9 | lbrennan@consumerlawfirm.com |
|   | Attorney for Plaintiff |
| 10 | Admitted Pro Hac Vice |
| 11 | |
| 12 | |
| 13 | <u>s/David Marco</u><br>  David Marco |

**Joint Statement with Revised Settlement Agreement**