UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS DER-HACOPIAN,<br><br>Plaintiff,<br><br>v.<br><br>DARKTRACE, INC.,<br><br>Defendant. | Case No. 18-cv-06726-HSG<br><br>**CLASS ACTION SETTLEMENT SCHEDULING ORDER**<br><br>Re: Dkt. No. 55 |

On April 17, 2020, the Court granted the parties' unopposed motion for preliminary approval of class action settlement. *See* Dkt. No. 54. The Court further directed the parties to meet and confer and stipulate to a schedule of dates through the final fairness hearing. *Id.* at 15–16. The Court has reviewed the parties' proposal, Dkt. No. 55, and **SETS** the following deadlines:

| Event | Deadline |
|---|---|
| Deadline for Settlement Administrator to mail notice to all putative Class Members | May 25, 2020 |
| Deadline for Filing of Motion for Attorneys' Fees and Costs | June 18, 2020 |
| Deadline for Filing of Incentive Payment Motion | June 18, 2020 |
| Deadline for Class Members to Opt-Out to Settlement and/or Application for Attorneys' Fees and Costs and Incentive Payment | July 24, 2020 |
| Deadline for Filing of Motion for Final Approval | August 24, 2020 |
| Proposed Date for Final Fairness Hearing and Hearing on Motions | September 10. 2020, at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause.

**IT IS SO ORDERED.**

Dated: 4/27/2020

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge