David M. Marco
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:   (312) 546-6539
Facsimile:    (312) 602-3911
dmarco@smithmarco.com
Attorney for Plaintiff
Admitted Pro Hac Vice

Michele Ballard Miller (SBN 104198)
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone: (415) 644-0914
Facsimile: (415) 644-0978
mbmiller@cozen.com
Attorneys for Defendant
DARKTRACE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| NICHOLAS DER-HACOPIAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DARKTRACE, INC.,<br><br>Defendant. | Case No.: 4:18-cv-06726-HSG<br><br>**JOINT STIPULATION TO MODIFY CLASS ACTION SETTLEMENT SCHEDULING ORDER; AND ~~PROPOSED~~ ORDER** |

Due to unforeseen complications related to the current COVID-19 pandemic, Plaintiff, Nicholas Der-Hacopian, and Defendant, Darktrace, Inc., by and through their undersigned counsel of record, hereby STIPULATE and AGREE, subject to this Court's approval, to modify the Class Action Settlement Scheduling Order entered on April 27, 2020 (Dkt, # 56) as follows:

| EVENT | ORIGINAL DATE | PROPOSED NEW DATE |
|---|---|---|
| Deadline for Settlement Administrator to mail notice to all putative Class Members | May 25, 2020 | May 29, 2020 |
| Deadline for filing of Motion for Attorneys' fees and costs | June 18, 2020 | June 22, 2020 |
| Deadline for filing of Incentive Payment Motion | June 18, 2020 | June 22, 2020 |
| Deadline for Class Members to Opt-Out to settlement and/or application for attorneys' fees and costs and incentive payment | July 24, 2020 | July 28, 2020 |
| Deadline for filing of Motion for Final Approval | August 24, 2020 | NO CHANGE |
| Proposed date for Final Fairness Hearing and Hearing on Motions | September 10, 2020 at 2:00 p.m. | NO CHANGE |

Respectfully submitted this 29th day of May, 2020

By:  s/David M. Marco
David M. Marco
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:   (312) 546-6539
Facsimile:    (312) 602-3911
dmarco@smithmarco.com
Attorney for Plaintiff
Admitted Pro Hac Vice

COZEN O'CONNOR
101 MONTGOMERY ST, SUITE 1400
SAN FRANCISCO, CA 94104

2
**JOINT STIPULATION TO MODIFY CLASS ACTION SETTLEMENT SCHEDULING ORDER; AND ~~PROPOSED~~ ORDER**
**Case No: 4:18-cv-06726-HSG**

|   |   |
|---|---|
| 1 |   |
| 2 | By: s/ Michele Ballard Miller |
|   | Michele Ballard Miller |
| 3 | COZEN O'CONNOR |
|   | 101 Montgomery Street, Suite 1400 |
| 4 | San Francisco CA 94104 |
|   | Phone: (415) 262 8301 |
| 5 | Fax: (415) 671-6589 |
|   | mbmiller@cozen.com |
| 6 | Attorney for Defendant |

7

8 Filed electronically on this 29th day of May, 2020, with USDC ECF

9 Notification sent electronically to:

10 Michele Ballard Miller
Cozen O'Connor
11 mbmiller@cozen.com
Attorney for Defendant
12

13 Stephanie Tatar
Tatar Law Firm APC
14 stephanie@thetatarlawfirm.com
Attorney for Plaintiff
15

16 Larry Smith
SmithMarco, P.C.
17 lsmith@smithmarco.com
Attorney for Plaintiff
18 Admitted Pro Hac Vice

19 James Francis
Francis & Mailman, P.C.
20 jfrancis@consumerlawfirm.com
21 Attorney for Plaintiff
Admitted Pro Hac Vice
22

Lauren Brennan
23 Francis & Mailman, P.C.
24 lbrennan@consumerlawfirm.com
Attorney for Plaintiff
25 Admitted Pro Hac Vice

26

27 s/David Marco
    David Marco

28

3
**JOINT STIPULATION TO MODIFY CLASS ACTION SETTLEMENT SCHEDULING ORDER; AND**
~~PROPOSED~~ **ORDER**
**Case No: 4:18-cv-06726-HSG**

# ORDER

Based upon the foregoing Stipulation of the Parties, and good cause appearing therefor, the Court hereby ORDERS as follows:

1. The deadline for Settlement Administrator to mail notice to all putative Class Members shall be continued from May 25, 2020 to May 29, 2020;

2. The deadline for filing of Motion for Attorneys' fees and costs shall be continued from June 18, 2020 to June 22, 2020;

3. The deadline for filing of Incentive Payment Motion shall be continued from June 18, 2020 to June 22, 2020; and

4. The deadline for Class Members to opt out of settlement and/or application for attorneys' fees and costs and incentive payment shall be continued from July 24, 2020 to July 28, 2020.

**IT IS SO ORDERED.**

Dated: 6/1/2020

Hon. Haywood S. Gilliam, Jr.