IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**NICHOLAS DER-HACOPIAN**,
On behalf of himself and all others
similarly situated,

      **Plaintiff,**

v.

**DARKTRACE, INC.,**

      **Defendant.**

Case No. 4:18-cv-06726-HSG

## JUDGMENT

This matter, having come before the Court on Plaintiff's Agreed Motion for Final Approval of the proposed class action settlement with Defendant, DarkTrace, Inc., and Plaintiff's Agreed Motion for Attorneys' Fees and in Support of Service Award, the Court having considered all papers filed and arguments made with respect to the settlement, the Court having conducted a final fairness hearing on September 10, 2020, having being fully advised in the premises, and having entered an Order Granting Final Approval of Class Action Settlement on December 10, 2020 (Dkt. # 69), Judgment is entered in this matter as follows:

1. The Class Settlement has been approved such that each class member shall receive $300.00.

2. If it has not already done so, Defendant shall deposit all settlement monies comprising the Settlement Payment, into an account through the Settlement Administrator.

3. If it has not already done so, Defendant shall tender $150,000 by check payable to Class Counsel for attorneys' fees and litigation expenses.

4. This Judgment adjudicates all the claims, rights, and liabilities of the Parties, and is final and shall be immediately appealable.

5. The court retains jurisdiction for the purpose of enforcing the terms of the Settlement Agreement and enabling any party hereto to apply for such further orders and directions as may be necessary or appropriate for the construction or carrying out of this Court's Final Approval of the Class Settlement.

6. Pursuant to Federal Rules of Civil Procedure 54(a) and (b), that this Judgment should be entered and that there is no just reason for delay in the entry of this Final Judgment. Accordingly, the Clerk is hereby directed to enter Judgment immediately pursuant to Federal Rules of Civil Procedure 54.

BY THE COURT:

*Haywood S. Gilliam Jr.*
U.S.D.J.

Dated: 1/4/2021